IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID L. TURNER,

     Plaintiff,

                                      Case No.  20-cv-686-bbc

     v.

WARDEN DANIEL WINLESKI,
DEPUTY WARDEN TIMOTHY THOMAS,
LT. JACOB LAVOY, CAPT. PAUL BELOUNGY,
SECURITY DIRECTOR BRIAN CAHAK,
CO CHRIS ENDREAS, SGT. OLSON,
SGT. JAMES THORNSEN, LT. TRAVIS HAAG,
T. MILLER, B. MULLER, NURSE PRANGE,
NURSE R. HUNEKE AND DR. HOFFMAN,

     Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

     IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 12/4/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |